IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-01336-REB-MJW

ARISTA RECORDS LLC, a Delaware limited liability company,
WARNER BROS. RECORDS INC., a Delaware corporation,
BMG MUSIC, a New York general partnership,
CAPITOL RECORDS, LLC, a Delaware limited liability company,
ELEKTRA ENTERTAINMENT GROUP, INC., a Delaware corporation,
INTERSCOPE RECORDS, a California general partnership,
SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,
UMG RECORDINGS, INC., a Delaware corporation, and
VIRGIN RECORDS AMERICA, INC., a California corporation,

    Plaintiffs,

v.

DOES 1 - 4,

    Defendants.

## ORDER OF DISMISSAL
## AS TO DEFENDANT DOE #4

**Blackburn, J.**

The matter comes before the court on plaintiffs' **Notice of Dismissal Without Prejudice** [#13] filed August 29, 2008. After reviewing the notice and the file, the court has concluded that the notice should be approved and that plaintiffs' claim against defendant, Doe #4, should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal Without Prejudice** [#13] filed August 29, 2008, is **APPROVED**;

2. That plaintiffs' claims against defendant, Doe #4, are **DISMISSED WITHOUT**

**PREJUDICE**; and

3. That defendant, Doe #4, is **DROPPED** as a named party to this litigation, and the case caption is amended accordingly.

Dated September 2, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**